### 11119. MAYNARD *v.* WIGHT.

LUKE, J. A motion is made to dismiss the bill of exceptions in this case, upon the ground that it was not served within the time required by the Civil Code (1910), § 6160. Inasmuch as the defendant in error, in his acknowledgement of service, preserved his right to dismiss upon the ground now urged, and the record showing (and by the record

this court is bound) that service of the bill of exceptions was not had in the time required by law, the writ of error must be

     *Dismissed. Broyles, C. J., and Bloodworth, J., concur.*
        DECIDED MARCH 2, 1920.

 Certiorari; from Fulton superior court—Judge Pendleton. September 22, 1919.

 *Albert Kemper, Thomas E. Scott,* for plaintiff in error.
 *E. M. Habersham, W. I. Heyward,* contra.

---

## APPLICATIONS TO THE SUPREME COURT OF GEORGIA FOR CERTIORARI IN CASES HEREINBEFORE REPORTED.

### GRANTED.

Bell *v.* State Life Insurance Company, 497.
Central of Georgia Railway Co. *v.* Bibb Brick Co., 640.
Chero-Cola Bottling Co. *v.* Southern Express Co., 189.
Corbett *v.* Atlantic Coast Line Railroad Co., 790.
Kelly *v.* Georgia Railway & Power Co., 439.
McFarland *v.* McFarland, 621.
National Surety Company *v.* City of Atlanta, 732.
Paulk *v.* Berrien County, 758.
Pullman Company *v.* Sutherlin, 430.
Roberts *v.* Georgia Railway & Power Co., 664.
Ross *v.* Garraux, 601.
Salmon *v.* Floyd County, 796.
Southeastern Fair Association *v.* Wong Jung, 707.
Westchester Fire Insurance Co. *v.* Bell, 528.

### DENIED.

Alspaugh *v.* Town of Cadwell, 16.
Ayash *v.* Georgia Show Case Company, 661.
Bagwell *v.* Georgia Railway & Power Co., 15.
Bank of Commerce *v.* Phillips, 9.
Barnes *v.* State, 372.
Bradfield *v.* Atlanta Coca-Cola Co., 657.
Burney *v.* Mayor and Council of Boston, 7.
Crawley *v.* State, 33.
Daniel *v.* State, 557.
Davis *v.* State, 35.
Davis *v.* State, 776.
Dodge Brothers *v.* Hart, 633.
Douglas *v.* Brooke, 515.
Eminent Household of Columbian Woodmen *v.* Eppes, 762.
Farmers State Bank *v.* Singletary, 537.